IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> FOR THE USE AND BENEFIT OF <br> JRC MECHANICAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AECOM CONSTRUCTION, INC., <br><br> and <br><br> FEDERAL INSURANCE COMPANY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 4:23-cv-00116-RBS-LRL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through counsel, hereby notices the DISMISSAL WITH PREJUDICE of this action. This Notice has been filed prior to the filing of an answer or motion for summary judgment, in accordance with the Rule.


Respectfully Submitted:

By:     /s/ Nathaniel L. Story
Nathaniel L. Story (VSB No. 77364)
Franklin R. Cragle, III (VSB No. 78398)
Randolph Critzer, Jr. (VSB No. 92178)
Anastasia Uzilevskaya (VSB No. 92577)
Spencer C. Allen (VSB No. 94642)
HIRSCHLER FLEISCHER
2100 East Cary Street
Post Office Box 500
Richmond, Virginia  23218-0500
Telephone:    804.771.9500
Facsimile:    804.644.0957
E-mail: nstory@hirschlerlaw.com
          fcragle@hirschlerlaw.com
          rcritzer@hirschlerlaw.com
          sallen@hirschlerlaw.com
          auzilevskaya@hirschlerlaw.com
*Counsel for JRC Mechanical, LLC*